1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                                 **DISTRICT OF NEVADA**
7

8  PHILLIP E. SMITH,                        )
                                            )
9                           Plaintiff,      )    Case No. 2:13-cv-01098-MMD-PAL
                                            )
10 vs.                                      )    **ORDER**
                                            )
11 WAL-MART STORES, INC.,                   )    (Subst Atty - Dkt. #30)
                                            )
12                          Defendant.      )
   _____)
13

14      This matter is before the court on a Notice of Association (Dkt #29) and Proposed Order

15 Granting Substitution of Counsel (Dkt. #30) which seeks to substitute Bruce Dickinson, Esq., of

16 Stephenson and Dickinson, as counsel of record in place of Marjan Hajimirzaee of Phillips, Spallas &

17 Angstadt, LLC, for Defendant in this matter.

18      LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and

19 shall bear the signature of the attorneys and the client represented.  It provides that the signature of an

20 attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial

21 proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also

22 provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings,

23 discovery, the trial, or any hearing in this case."  An extension of the Discovery Plan and Scheduling

24 Order (Dkt. #20) was entered September 17, 2013, which gave the parties until January 16, 2014, in

25 which to complete discovery.  The time for completing has now expired.

26      Accordingly,

27      **IT IS ORDERED:**

28      1.     Defendant's request to substitute Bruce Dickinson, Esq., of Stephenson and Dickinson,

as counsel of record in place of Marjan Hajimirzaee of Phillips, Spallas & Angstadt, LLC (Dkt. #30) is **GRANTED**, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 27th day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge