BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
STEVEN K. GAGE II, ESQ.
Nevada Bar No. 11966
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
*email:  admin@sdlawoffice.net*

Attorneys for Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP E. SMITH,<br><br>                    Plaintiff,<br><br>vs.<br><br>WAL-MART, INC.<br><br>                    Defendant. | CASE NO.: 2:13-cv-01098-MMD-PAL<br><br>**JOINT STATUS REPORT** |

   Pursuant to this Court's Minute Order dated March 28, 2014 (Document No. 42), the parties by and through the undersigned attorneys submit the following status report:

1) The parties have tentatively scheduled a mediation with Joseph Bongiovi, Esq. for May 1, 2014;

2) The parties shall provide the Court with a status report regarding the outcome of the mediation no later than ten days after the mediation;

/ / /

/ / /

1

3) In the event mediation is not successful, the parties have agreed to disclose experts 30 days after the mediation; and include a stipulation as to the remaining discovery deadline dates in the status report;

4) The parties respectfully request that discovery be stayed until after the mediation.

| DATED this 8th day of April, 2014 | DATED this 8th day of April, 2014 |
|---|---|
| ___/s/ Michael Hottman_____<br>BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>STEVEN K. GAGE, ESQ.<br>Nevada Bar No.: 011966<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>*Attorneys for Defendants* | ___/s/ T. Jake Hinkins_____<br>T. JAKE HINKINS, ESQ.<br>Utah Bar No.: 11669<br>ANDERSON HINKINS LLC<br>881 Baxter Dr.<br>South Jorden, UT 84095<br>T – (801) 930-0290<br>F – (888) 381-9657<br>*Attorneys for Plaintiff* |

Submitted by :

STEPHENSON & DICKINSON, P.C.

___/s/ Michael Hottman_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
STEVEN K. GAGE II, ESQ.
Nevada Bar No. 11966
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
*email: admin@sdlawoffice.net*
Attorneys for Wal-Mart, Inc.

IT IS SO ORDERED this 15th day of April, 2014.

Peggy A. Leen
United States Magistrate Judge

2