1
2
3
4              UNITED STATES DISTRICT COURT
5                   DISTRICT OF NEVADA
6                          * * *
7    PHILLIP E. SMITH,                    Case No. 2:13-cv-01098-MMD-PAL
8                          Plaintiff,                ORDER
9         v.
     WAL-MART, INC.,
10
                          Defendant.
11

12         Before the court is the parties' Notice of Change of Status (Dkt. #45), filed May 2, 2014.

13   Within the notice, the parties advise that a settlement has been reached and that the stipulation

14   for dismissal will be filed on or before June 2, 2014.  As of this date, no stipulation is on file.  As

15   such,

16         **IT IS ORDERED** that the parties shall have until **June 20, 2014**, to file their stipulation

17   for dismissal.  Alternatively the parties may file a joint status report advising the court of the

18   status of settlement and when the stipulation to dismiss will be filed.

19         DATED this 12th day of  June, 2014.

20

21                                        _____
                                          PEGGY A. LEEN
22                                        UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

                                             1