BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
STEVEN K. GAGE II, ESQ.
Nevada Bar No. 11966
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*email: admin@sdlawoffice.net*

Attorneys for Wal-Mart Stores, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP E. SMITH, | CASE NO.: 2:13-cv-01098-MMD-PAL |
| Plaintiff, | |
| vs. | |
| WAL-MART, INC. | **JOINT STATUS REPORT RE SETTLEMENT** |
| Defendant. | |

Pursuant to this Court's order dated June 16, 2014 (Document No. 46), the parties file this joint status report.

Because approval of the wording of the settlement agreement involves several parties located in Nevada, Utah, and Arkansas; and because the agreement also involves resolving Plaintiff's worker compensation claim, finalizing the settlement is taking longer than anticipated

/ / /

/ / /

/ / /

1

The parties anticipate that the agreement will be finalized and the dismissal filed with the Court, on or before August 1, 2014.

| DATED this 18th day of June, 2014 | DATED this 18th day of June, 2014 |
|---|---|
| /s/ Michael Hottman<br>BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>STEVEN K. GAGE, ESQ.<br>Nevada Bar No.: 011966<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>*Attorneys for Defendants* | /s/ T. Jake Hinkins,<br>T. JAKE HINKINS, ESQ.<br>Utah Bar No.: 11669<br>ANDERSON HINKINS LLC<br>881 Baxter Dr.<br>South Jorden, UT 84095<br>T – (801) 930-0290<br>F – (888) 381-9657<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

**IT IS FURTHER ORDERED that the parties shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.**

IT IS FURTHER ORDERED that if the parties have not finalized their agreement by **August 1, 2014**, they shall submit a proposed amended Discovery Plan and Scheduling Order to complete all remaining discovery.

DATED this 26th day of June, 2014.

Peggy A. Leen
United States Magistrate Judge

2