BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
STEVEN K. GAGE II, ESQ.
Nevada Bar No. 11966
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
email:  *admin@sdlawoffice.net*

Attorneys for Wal-Mart Stores, Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP E. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART, INC. <br><br> Defendant. | CASE NO.: 2:13-cv-01098-MMD-PAL <br><br> **STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Phillip E. Smith, and Defendant, WAL-MART, INC., by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice.

/ / /

/ / /

/ / /

1

1  Each party to bear their own costs and fees.

2  Dated this 29 day of July, 2014          Dated this 28th day of July, 2014

3  STEPHENSON & DICKINSON                   ANDERSON HINKINS, LLC

6  By: _____              By: _____
   BRUCE SCOTT DICKINSON, ESQ.              T. JAKE HINKINS, Esq.
7  Nevada Bar No.: 002297                   881 Baxter Drive
   MICHAEL E. HOTTMAN, ESQ.                 South Jordan, UT 84095
8  Nevada Bar No.: 008501                   T-801-930-0290
   STEVEN K. GAGE II, ESQ.                  F-888-381-9657
9  Nevada Bar No. 11966                     Attorneys for Plaintiff
10 2820 West Charleston Blvd., Suite B-19
   Las Vegas, NV 89102
11 P: 702-474-7229
   F: 702-474-7237
12 email: admin@sdlawoffice.net
13 Attorneys for Defendants

### ORDER

IT IS SO ORDERED this 29th day of July, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE